# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 08, 2008

William McCool
Clerk, U.S. District Court
1 N PALAFOX ST STE 226
PENSACOLA  FL  32502-5658

**Appeal Number: 08-13381-EE**
Case Style: USA v. Mont Lee Beamon
District Court Number:  08-00017 CR-3-LAC

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Jenifer Tubbs (404) 335-6166

Encl.

2008 DEC 10 AM 11: 02

KC

FILED

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 0 8 2008
THOMAS K. KAHN
CLERK

No. 08-13381-EE

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MONT LEE BEAMON,

Defendant-Appellant.

\---------------------------

On Appeal from the United States District Court for the
Northern District of Florida

\---------------------------

BEFORE: BLACK and BARKETT, Circuit Judges.

BY THE COURT:

Appellant's motion to dismiss this appeal with prejudice is GRANTED.

U.S. DISTRICT CT
N. DISTRICT FLA

2008 DEC 10 AM 11: 03

FILED

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: Janifer Tubbs
Deputy Clerk
Atlanta, Georgia