IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO.: 3:08cr17/LAC

MONT LEE BEAMON

---

### INITIAL APPEARANCE
### PROBATION/CONDITION VIOLATION
### OR VIOLATION OF SUPERVISED RELEASE
### (Fed. R. Crim. P. 32.1; 46; 18 U.S.C. § 3143(a))

The defendant appeared before the undersigned with _____ without ✓ counsel. I have this date advised the defendant of the rights enumerated herein and have taken the following action:

1. Advised defendant is before a U.S. Magistrate Judge ✓

2. Advised of the alleged probation/bond/supervised release violation(s) ✓

3. Advised defendant does not have to make any statement; that defendant has a right to consult with an attorney before making any statement; that any statement defendant makes could be used against defendant ✓

4. Advised of right to hire counsel, or have counsel appointed if, after inquiry, found to be financially unable to hire counsel ✓

5. Defendant executed CJA 23 ✓

6. Federal public defender appointed after determination defendant unable to hire counsel (CJA 20) ✓

7. Advised that defendant should obtain and file CJA 23 if defendant subsequently decides to request appointment of counsel ____

8. Defendant admitted financial ability to employ counsel/Counsel _____ ____

9. Defendant in custody advised of right to a PRELIMINARY HEARING, including the right to be present, to question witnesses and to be represented by counsel. However, if defendant is not in custody and the government does not seek to detain, there is no need for a preliminary hearing. ✓

10. Defendant advised of right to a reasonable bail but that the defendant has the burden of establishing that if released the defendant shall not pose a danger to community or a risk of flight (Detention is appropriate unless there is clear and convincing evidence that no danger or risk of flight will be caused if released) ✓

11. Preliminary hearing and detention hearing ~~scheduled~~ *waived* *waived w/o prejudice* ✓

12. Preliminary hearing and detention hearing conducted and defendant released with restrictive conditions ____

13. Preliminary hearing and detention hearing conducted and defendant held in custody ____

14. If defendant is held in custody, preliminary hearing scheduled and its purpose is explained to defendant; defendant advised of right to appear, to be represented by counsel, to present evidence, and to question witnesses against defendant ____

15. Defendant advised that probation/supervised release conditions shall remain in effect pending the violation hearing; any future violations of conditions may subject defendant to detention         ~~~ E.T.

                                                          /s/ Elizabeth M. Timothy
                                                  **ELIZABETH M. TIMOTHY**
                                                  **UNITED STATES MAGISTRATE JUDGE**

JUDGES NOTES: _____

_____

_____

AUSA present at initial appearance: __D. Goldberg__

AFPD present at initial appearance: __R. Lockhart__

DATE:        March 10, 2014