# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                  Case # 3:08cr17-001LAC

**MONT LEE BEAMON**
**USM No.: 06936-017**

                                                  Defendant's Attorney:
                                                  Thomas Keith (AFPD)
                                                  3 West Garden Street Suite 200
                                                  Pensacola, FL 32502

_____

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Supervised Release)

The defendant admitted guilt to violation of conditions as noted below.  Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such violations.

| VIOLATION NUMBER | NATURE OF VIOLATION | DATE VIOLATION OCCURRED |
|---|---|---|
| 1 | Violation of special condition that the defendant not consume alcohol | February 6, 2014 |
| 2 | Violation of special condition that the defendant not consume alcohol | August 3, 2013 |
| 3 | Violation of special condition that the defendant not consume alcohol | May 20, 2013 |

After an evidentiary hearing in this matter, the Court has determined that the defendant, MONT LEE BEAMON has violated the terms and conditions of the supervised release.  Therefore, the supervised release imposed in this case by judgment dated May 27, 2008 is hereby revoked.

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

                                                    Date of Imposition of Sentence:
                                                    April 22, 2014

                                                    *s/L.A. Collier*
                                                    LACEY A. COLLIER
                                                    SENIOR U.S. DISTRICT JUDGE

April 24, 2014

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Two Years with no Supervised Release to follow.**

The Court recommends to the Bureau of Prisons: That Defendant to be designated to Pensacola Federal Prison Camp and he attend and complete the Residential Drug Abuse Program.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

MONT LEE BEAMON          3:08cr17-001LAC